# United States District Court

Eastern District of Wisconsin

THE ESTATE OF
LINDA R. SCHULTZ          JUDGMENT IN A CIVIL CASE

         Plaintiff,
    v.

                                CASE NUMBER: 02-CV-1262

RACINE COUNTY,
         Defendant.

[X]     Decision by Court. This action came for consideration before the Court.

     IT IS ORDERED AND ADJUDGED
     that plaintiff's complaint and this action are DISMISSED.

                                    SOFRON B. NEDILSKY
                                    Clerk of Court

September 19, 2005           s/ V. Kelly Barton Terry
Date                                 (By) Deputy Clerk

                                    Approved this 19th day of September, 2005.

                                    s/AARON E. GOODSTEIN
                                    United States Magistrate Judge